IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| WEST BEND INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>STANDS, LLC; SHAMIA HUDSON; DISHANTA MINNIEFIELD; STARTINA NUTTER<br><br>Defendants | CIVIL ACTION<br><br>No.: 5:24-cv-00156-KKC |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-captioned action is voluntarily dismissed, without prejudice, and without costs to any party, as against defendants, STANDS, LLC, SHAMIA HUDSON, DISHANTA MINNIEFIELD and STARTINA NUTTER, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

No counsel has entered an appearance for defendants, Shamia Hudson, Dishanta Minniefield and Startina Nutter.

STEWART | SMITH

_/s/ William F. Stewart_
William F. Stewart
KBA # 96937
300 Conshohocken State Rd.
300 Four Falls, Suite 670
West Conshohocken, PA 19428
P: (484) 344-5296
F: (484) 534-9470
**Attorneys for Plaintiff**

Dated: September 11, 2024

PETERSON LAW OFFICE

_/s/ Kellie M. Collins_
Kellie M. Collins, Esquire
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
P: (859) 469-6390
F: (859) 469-6391
**Attorney for Defendant,
Stands, LLC**

Dated: September 11, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
William F. Stewart