UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **WEST BEND INSURANCE COMPANY,** | CASE NO. 5:24-CV-156-KKC |
| Plaintiff, | |
| v. | **ORDER** |
| **STANDS, LLC; SHAMIA HUDSON; DISHANTA MINNIEFIELD; and STARTINA NUTTER,** | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Parties' joint stipulation of dismissal. (DE 13.) In accordance with the Parties' agreement, the Court hereby ORDERS as follows:

1. Stands, LLC's motion to dismiss (DE 9) is DENIED AS MOOT; and

2. this action is DISMISSED WITHOUT PREJUDICE and STRICKEN from the Court's active docket.

This 12th day of September, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY